UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 JAN 25 AM 10: 50

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| ROBERT S. MELILLO and ARTHUR MAYO, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUILDING PRODUCTS OF CANADA CORP.,<br><br>Defendants. | Civil Action No.:<br><br>1:12-cv-16<br><br><br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

Pursuant to Title 28 U.S.C. §§ 1453(b) and 1446, Defendant Building Products of Canada Corporation (hereinafter "BPCC") gives notice of removal of an action filed against it in the Superior Court of Vermont, Civil Division, Chittenden Unit, to the United States District Court for the District of Vermont. In support of the removal, BPCC respectfully offers the following:

I. **PRELIMINARY MATTERS**

1. On or about June 9, 2011, plaintiffs commenced this action against defendant BPCC in the Superior Court of Vermont, Civil Division, Chittenden Unit, bearing Docket Number S618-11CNC. *See* Complaint and Waiver of Service form attached hereto as **Exhibit A.**

2. BPCC was served with the Complaint and Waiver of Service form on or about August 5, 2011.

3.    This is a putative product liability class action in which plaintiffs, on behalf of themselves and home and building owners across the United States, allege that organic shingles manufactured by BPCC used for commercial, industrial, institutional and residential roofing applications were defective causing property damage and leading to damages to the class members associated with the removal and replacement of the organic shingles.

II.   **GROUNDS FOR REMOVAL**

4.    Plaintiff Robert S. Melillo is a resident of Colchester, Vermont. Plaintiff Arthur Mayo, Jr. is a resident of Sharon, Massachusetts.

5.    BPCC is a Canadian corporation, with its corporate headquarters located at 9510 St. Patrick Street, LaSalle, Quebec, H8R 1R9, Canada. BPCC markets and sells organic shingles in Canada and various states in the United States.

6.    BPCC is the only defendant that is named in the Complaint.

7.    Putative class actions against BPCC arising from its sale of organic shingles have also been filed in the Province of Quebec, Canada and the Province of Ontario, Canada.

8.    All of these actions claim property damage requiring roof repair and replacement allegedly on tens of thousands of homes and buildings in the United States and Canada.

9.    Over the course of many months, the parties have engaged in a lengthy process of cross-jurisdictional settlement discussions, and have reached a tentative settlement agreement. Based on the settlement negotiations, plaintiffs have estimated that total damages suffered by all United States class members exceed $5,000,000, and therefore BPCC has now ascertained that this case is one that has become removable. Moreover, Plaintiffs have consented to the removal of this case to this Court.

10. This Court has original jurisdiction over the claims in the Complaint pursuant to the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2)(C), as members of the class are citizens of a State and BPCC is a citizen or subject of a foreign state, and the amount in controversy, exclusive of interests and costs, exceeds $5,000,000.

11. As a result, this entire case is one that may be removed to this Court by virtue of the provisions of 28 U.S.C. §§ 1453(b) and 1332(d).

### III. TIMELINESS

12. 28 U.S.C. §1453(b) permits BPCC to remove this putative class action to this Court at this time.

### IV. VENUE

13. Plaintiffs' action is pending in the Superior Court of Vermont, Civil Division, Chittenden Unit, which is within this judicial district. *See* 28 U.S.C. § 126. Thus, this Court is the proper venue for removal pursuant to 28 U.S.C. § 1446(a).

### V. NOTICE

14. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiffs and a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of Vermont, Civil Division, Chittenden Unit.

### VI. MISCELLANEOUS

15. A copy of the pleadings served upon BPCC in this action is attached hereto as **Exhibit A**.

## VI. CONCLUSION

For the foregoing reasons, BPCC respectfully requests that this action, previously pending in the Superior Court of Vermont, Civil Division, Chittenden Unit, be removed to this Court, and that this Court proceed as if this case had been originally initiated in this Court.

DATED: January 25, 2012

DOWNS RACHLIN MARTIN PLLC

By: _____
Matthew S. Borick
199 Main Street, P.O. Box 190
Burlington, VT 05402
Tel: 802-863-2375
Fax: 802-862-7512
mborick@drm.com

ATTORNEYS FOR DEFENDANT
BUILDING PRODUCTS OF
CANADA CORP.

Of Counsel:

Michael A. Tanenbaum
Sedgwick LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Tel: 973.242.0002
Fax: 973.242.8099
michael.tanenbaum@sedgwicklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, I filed the foregoing Notice of Removal to Federal Court with the Clerk of Court, and have served a copy of this filing via mail and/or e-mail to:

>   Robert S. Behrens, Esq.
>   Law Offices of Robert S. Behrens
>   11 Kilburn Street
>   Burlington, VT 05401

/s/ Matthew S. Borick

Matthew S. Borick
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
Tel: 802-863-2375
Fax: 802-862-7512
mborick@drm.com

DOWNS
RACHLIN
MARTIN PLLC