UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ROBERT S. MELILLO and ARTHUR MAYO, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUILDING PRODUCTS OF CANADA CORP.,<br><br>Defendant. | Civil Action No.:  1:12-cv-16<br><br>DEFENDANT BUILDING PRODUCTS OF CANADA  CORP.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Building Products of Canada Corp., by and through its attorneys, Downs Rachlin Martin PLLC, hereby files this Corporate Disclosure Statement and states that it is a privately held company, that no publicly-held corporations own 10% or more of its stock, that it does not have any subsidiaries, and that it is not affiliated with any companies that have issued shares to the public.

Dated at Burlington, Vermont this 1st day of February, 2012.

                                        DOWNS RACHLIN MARTIN PLLC

                                        By:      /s/ Matthew S. Borick
                                                    Matthew S. Borick
                                                    199 Main Street, P.O. Box 190
                                                    Burlington, VT  05402
                                                    Tel: 802-863-2375
                                                    Fax: 802-862-7512
                                                    mborick@drm.com

                                                    ATTORNEYS FOR DEFENDANT
                                                    BUILDING PRODUCTS OF
                                                    CANADA CORP.

Of Counsel:

Michael A. Tanenbaum
Sedgwick LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Tel: 973.242.0002
Fax: 973.242.8099
michael.tanenbaum@sedgwicklaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 1, 2012, I filed the foregoing Corporate Disclosure Statement with the Clerk of Court, and have served a copy of this filing via mail and/or e-mail to:

    Robert S. Behrens, Esq.
    Law Offices of Robert S. Behrens
    11 Kilburn Street
    Burlington, VT 05401

              /s/ Matthew S. Borick
              Matthew S. Borick
              Downs Rachlin Martin PLLC
              199 Main Street, P.O. Box 190
              Burlington, VT 05402-0190
              Tel: 802-863-2375
              Fax: 802-862-7512
              mborick@drm.com

5131647.1